JAMES W. MURPHY, as Administrator, etc., Appellant, v. METROPOLITAN

LIFE INSURANCE COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.